AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LESTER FINLEY, JR.,

      Petitioner,

                  **v.**

UNITED STATES OF AMERICA,

      Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV120-086
(Formerly CR 119-017)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order of January 4, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, DENYING Petitioner's motion filed pursuant to 28 U.S.C. § 2255, and DENYING a COA in this case. Judgment is entered in favor of the Respondent, UNITED STATES OF AMERICA, and this civil action stands CLOSED.

01/04/2021
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Tara H. Burton*
*(By) Deputy Clerk*

GAS Rev 10/2020