AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LESTER FINLEY, JR.,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-086 (Formerly CR 119-017)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 16th day of March 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as its opinion. Therefore, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is DENIED. Petitioner is not entitled to appeal in forma pauperis, and a Certificate of Appealability is DENIED. This case stands CLOSED.



| March 16, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020